```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

ROSIA MATHIS,                       *

    Plaintiff                   *

vs.                                 *
                                              CASE NO. 3:07-CV-131 (CDL)
MICHAEL J. ASTRUE, Commissioner     *
of Social Security,
                                *

    Defendant
_____ *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 6, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 6th day of November, 2008.

                                                  S/Clay D. Land
                                                      CLAY D. LAND
                                               UNITED STATES DISTRICT JUDGE